# EXHIBIT CC

# Consumer Complaint Database

## Search complaint data

**Showing 1,389 matches out of 4,838,845 total complaints**

...

Timely response?
Yes

Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

**Consumer Complaint Narrative**
Selene Finance needs to pay the total amount due of {$3200.00} asap.

---

[7946075]

**Date received:** 12/4/2023 **Consumer's state:** OR

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue:
Trying to communicate with the company to fix an issue while managing or servicing your loan

**Consumer Complaint Narrative**
I am writing to formally lodge a complaint against Selene Finance regarding ongoing issues with my mortgage account management. Despite repeated efforts since early XX/XX/2023, both myself and my assistant, have faced continuous challenges accessing my account, resulting in signifi [...]

---

[7939830]

**Date received:** 12/4/2023 **Consumer's state:** NY

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

**Consumer Complaint Narrative**
SELENE FINANCE TOOK OVER MY MORTGAGE FROM XXXX ABOUT XX/XX/2023 AND SINCE THEN I HAVE PROBLEM WITH THEM.SELENE COLLECT ESCREW FOR TAXES AND CLAIM THAT BEEN PAID THE TAXES .BUT THE NOTICES I GET FROM THE VILLAGE FOR THE TAXES SAYS OTHERWISE.I SENT NOTICES I GOT FOR THE VILL [...]

---

[7933818]

**Date received:** 12/1/2023 **Consumer's state:** NY

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Incorrect information on your report
Sub-issue: Account status incorrect

**Consumer Complaint Narrative**
My complaint is that selene finance has not removed the 60 days late from credit report it shows on XXXX and XXXX. My loan is XXXX I call customer service they told me that they will remove the 60 days off my report but it still shows on XXXX credit report and XXXX my social secu [...]

---

[7909025]

**Date received:** 11/28/2023 **Consumer's state:** SD

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: FHA mortgage

**Issue**
Trouble during payment process
Sub-issue: Payment process

**Consumer Complaint Narrative**
On XX/XX/ a payment was made to Selene Finance. On XX/XX/ I received a statement from Selene Finance dated XX/XX/23. It clearly states that a full payment is sitting in unapplied funds dated XX/XX/ If a full payment is sitting in unapplied funds when the statement [...]

---

[7910896]

**Date received:** 11/27/2023 **Consumer's state:** TN

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: FHA mortgage

**Issue**
Trouble during payment process
Sub-issue:
Trying to communicate with the company to fix an issue while managing or servicing your loan

**Consumer Complaint Narrative**
My loan was transferred to Selene Finance in XXXX of XXXX. I filed bankruptcy in XXXX and my loan has been transferred to several servicers in the last XXXX years. I had a modification in XXXX that I acquired legal fees that show on my payoff balance with the understanding that th [...]

---

[7901131]

**Date received:** 11/24/2023 **Consumer's state:** NY

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

**Consumer Complaint Narrative**
I am writing to bring to your attention a serious issue I have encountered with my mortgage service company, Selene Finance LP. I am the property owner with nine loans serviced by Selene Finance, and I am deeply concerned about their failure to make timely propert [...]

---

[7892910]

**Date received:** 11/22/2023 **Consumer's state:** IL

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

**Consumer Complaint Narrative**
I have not missed any payments, my interest is a fixed 5 % for XXXX yrs, my homeowners insurance decreased and also I noticed on that letter that XXXX tax installment Selene has it wrong. They have it listed for over XXXX when in fact I have the actual bill showing a little over 1200. They [...]

---

[7859617]

**Date received:** 11/16/2023 **Consumer's state:** MN

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Fees charged

**Consumer Complaint Narrative**
On XX/XX/2023, Selene Finance sent a Reinstatement Quote good through XX/XX/2023, which totaled {$16000.00} and which was paid in full on XX/XX/2023. For the months of XX/XX/2023 through XX/XX/2023, my montly installment due was {$1500.00}. For the months of XXXX through XX/XX/2023 [...]

---

[7855618]

**Date received:** 11/15/2023 **Consumer's state:** FL

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Other type of mortgage

**Issue**
Trouble during payment process
Sub-issue:
Trying to communicate with the company to fix an issue while managing or servicing your loan

**Consumer Complaint Narrative**
I closed on a mortgage with XXXX who has the servicing with Selene Finance. They held payments XX/XX/XXXX, XX/XX/XXXX and XX/XX/XXXX. I was not to start paying payments until XX/XX/XXXX. However, they withdrew a payment on XX/XX/XXXX. I have contacted the company twice and XXXX at [...]

---

[7852338]

**Date received:** 11/14/2023 **Consumer's state:** CA

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Payment process

**Consumer Complaint Narrative**
After numerous phone calls and emails resulting in no one trying to fix the error Selene Finance LP placed my account in foreclosure. After 16 refused payments there was a sale date. I had to hire an attorney to open probate then had to hire a bankruptcy attorney since I had to fil [...]

---

[7841875]

**Date received:** 11/12/2023 **Consumer's state:** FL

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

**Consumer Complaint Narrative**
I overnighted a check ( return receipt requested ) in the amount of {$52000.00} to Selene Finance, my mortgage company. The check was for the settlement with my homeowner 's insurance company, XXXX XXXX, for damages that occurred to my home due to XXXX XXXX XXXX. Selence Fina [...]

---

[7826840]

**Date received:** 11/9/2023 **Consumer's state:** CA

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Fees charged

**Consumer Complaint Narrative**
Given the extreme amount of calls we have initiated to Selene Finance regarding this matter, we are now hereby requesting written documentation of the late charge reversal and no adverse credit reporting. Likewise, we would like to know specifically when the reimbursement of the {$ [...]

---

[7759560]

**Date received:** 10/26/2023 **Consumer's state:** VA

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

**Consumer Complaint Narrative**
PLEASE SEE ATTACHED SELENE FINANCE LETTER ILLUSTRATING I HAVE MET VERY CRITERIA.

---

[7748393]

**Date received:** 10/24/2023 **Consumer's state:** NJ

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Payment process

**Consumer Complaint Narrative**
CREDIT REPORTING : On XX/XX/XXXX, Selene Finance, LP approved and closed on a mortgage modification to help with the mortgage payment.

---

[7705513]

**Date received:** 10/16/2023 **Consumer's state:** VA

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

**Consumer Complaint Narrative**
THAT IS RIGHT SELENE FINANCE IS COLLECT DOUBLE THE NECESSARY AMOUNT. Loan Number : XXXX

---

[7679309]

**Date received:** 10/12/2023 **Consumer's state:** NY

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Home equity loan or line of credit (HELOC)

**Issue**
Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

**Consumer Complaint Narrative**
SELENE FINANCE MY MORTGAGE PROVIDER CHARGED AN ESCREW TO MY HOME LINE OF CREDIT.THIS ESCREW ALREADY BEEN ADDED TO MY ORIGINAL MORTGAGE FOR THE PROPERTY.THEY CHARGING ME TO PAY TWICE TAXES AND INSURANCE FOR THE SAME PROPERTY.I BEEN CALLING THEM MANY TIMES IN LAST XXXX MONTHES AND TH [...]

---

[7616573]

**Date received:** 9/30/2023 **Consumer's state:** SD

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: FHA mortgage

**Issue**
Trouble during payment process
Sub-issue: Payment process

**Consumer Complaint Narrative**
I receive a Breach letter from Selene Finance, knowing my account was not 120 days past due I placed a call to Selene finance to obtain information on why received a notice of default. I was told by a representative of Selene finance that they ho [...]

---

[7614303]

**Date received:** 9/27/2023 **Consumer's state:** DE

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

**Consumer Complaint Narrative**
In a nut shell- My mortgage was sold to Selene Finance XXXX XXXX, 2021. ( that is all I know ; I understand Selene is not a bank yet I can not get info on who actually owns my loan ) I received the run around ever since. I set up auto pay from the beginning with Selene [...]

---

[7602570]

**Date received:** 9/25/2023 **Consumer's state:** NC

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Home equity loan or line of credit (HELOC)

**Issue**
Trouble during payment process
Sub-issue: Payment process

**Consumer Complaint Narrative**
NCHAF in XXXX and Selene added it to my account partially on XX/XX/XXXX and fully added on XX/XX/XXXX totalling {$52000.00}. On XX/XX/XXXX payment was given to Selene Finance for the amount of {$1200.00} ( noted in the attached Bank Statement Document ). We reached out t [...]

---

[7550528]

**Date received:** 9/14/2023 **Consumer's state:** FL

**Company name**
Selene Holdings LLC

**Company response to consumer**
Closed with explanation

**Timely response?**
Yes

**Product**
Mortgage
Sub-product: Conventional home mortgage

**Issue**
Incorrect information on your report
Sub-issue: Account information incorrect

**Consumer Complaint Narrative**
We made a payment to Selene Finance on XX/XX/XXXX for the month of XX/XX/XXXX and they reported the account as late. Contractually, we made the payment for XX/XX/2023 during the month that it was due. Selene Finance has to uphold their part of the contract by [...]

---

[7533254]

**Date received:** 9/11/2023 **Consumer's state:** CA

**Company name**
Selene Holdings LLC

**Company response to**

**Product**
Mortgage
Sub-product: Conventional home mortgage

consumer
Closed with explanation

Timely response?
Yes

Issue
Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

Consumer Complaint Narrative
We have an escrow account set up to property taxes and insurance and Selene Finance has failed to pay our insurance and our policy has lapsed. For loan number XXXX XXXX for XXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXX, CA XXXX. They were provided with all necessary insurance documents [...]

---

7530388
Date received: 9/11/2023 Consumer's state: AR

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process
Sub-issue: Loan sold or transferred to another company

Consumer Complaint Narrative
We were part of countywide, XXXX XXXX XXXX and then sold to Selene finance in the middle of modification. Selene finance made us start a whole new modification and did not honor the XXXX XXXX XXXXXXXX mod. Selene finance did not allow our modific [...]

---

7483643
Date received: 8/31/2023 Consumer's state: CA

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process
Sub-issue: Escrow, taxes, or insurance

Consumer Complaint Narrative
Selene Finance claims I did not have insurance for my property located at XXXX XXXX XXXX XXXX, CA. House is covered with full lender requirements with no lapse of insurance at any point in time. proof of insurance was sent along with the declaration page to selene [...]

---

7460153
Date received: 8/28/2023 Consumer's state: MD

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process
Sub-issue:
Trying to communicate with the company to fix an issue while managing or servicing your loan

Consumer Complaint Narrative
Please have Selene Finance send the requested documents so I can resolve this issue and bring the account current quickly.

---

7441562
Date received: 8/22/2023 Consumer's state: NJ

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
When Selene Finance LP became my new Servicer of my mortgage we requested who my single point of contact was. We call over 50 times between myself and my Realtor without any success. Finally, on XX/XX/XXXX of XXXX, we were assigned a Single point of contact. We have an all-cash o [...]

---

7433294
Date received: 8/22/2023 Consumer's state: VA

[illegible]

Consumer Complaint Narrative
Selene Finance is stating that payments have not been made for XXXX, XXXX and XX/XX/2023 : Payments made : XXXX {$330.00} XXXX - {$1000.00} XXXX - {$11000.00} Also, when Selene acquired the loan from XXXX taxes were paid, Selene is adding four years of taxes to th [...]

---

7320397
Date received: 7/28/2023 Consumer's state: KS

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: VA mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Back in XXXX my mortgage loan was transferred to Selene Finance, LP from XXXX XXXX. There were cooperate advance fees of {$17000.00} applied to my account. Neither Selene nor XXXX XXXX could tell me the nature of these fees. I tried getting some explanation but no one seem [...]

---

7308322
Date received: 7/26/2023 Consumer's state: SC

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: FHA mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Selene Finance, LP make restitution to XXXX XXXX XXXX and XXXX and XXXX XXXX for the undue stress and mental anguish they have caused. 5. Criminal Charges be made against Selene Finance, LP and their officers and investors for the fraudulent practices they have be [...]

---

7301108
Date received: 7/25/2023 Consumer's state: VA

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
I am filing this complaint against XXXX XXXX and Selene Finance XXXX. My mortgage loan was transferred from XXXX XXXX to Selene Finance in XX/XX/XXXX. Prior to transfer of my mortgage, my account was current with XXXX XXXX.

---

7230004
Date received: 7/10/2023 Consumer's state: NY

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Selene finance is charging me lawyer fee due to fraudulent actions to put me in foreclosure and inspection of my home. Number 1 the bank agreed to do a modification with me. I have proof they sent me a email of the modification. Number XXXX I have proof they were pulling money out [...]

---

7217797
Date received: 7/7/2023 Consumer's state:

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Home equity loan or line of credit (HELOC)

Issue
Trouble during payment process

Consumer Complaint Narrative
I have a mortgage loan with the Selene finance company, I have paid my installments on time, but they have lost an installment that corresponds to the month of XX/XX/2022. I paid my XXXX installment on XX/XX/2022, for XXXX and that of XX/XX/2022 on XX/XX/2022. My credit changed com [...]

---

7214698
Date received: 7/6/2023 Consumer's state: VA

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
First of all, Selene Finance LP is a corrupt organization, and they need to be investigated for their activities that violate consumer protection laws. My most recent issue with Selene ( who is the servicer for my loan which is owned by their parent company XXXX XXXX has [...]

---

7172290
Date received: 6/27/2023 Consumer's state: NC

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
On XX/XX/XXXX I made a payment to Selene Finance ( XXXX ) from my business checking account for a mortgage payment of {$1500.00}. I have been in contact with the company since Thursday XX/XX/XXXX. I have made several calls requesting a receipt of payment. My last call was with a [...]

---

7172136
Date received: 6/27/2023 Consumer's state: TX

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: FHA mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
This document makes the claim that SELENE FINANCE LP bases its authority on a service agreement. I rejected their service agreement and returned it to them within 24 hours of receipt. The rejected service agreement is the most important piece of evidence. SELENE FINANC [...]

---

7167711
Date received: 6/26/2023 Consumer's state: CA

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
I was told once this amount was received, I would be made whole and can resume regular payments to Selene. I explained to her I was obtaining financing to get this paid current. XXXX XXXX XXXX Selene rep ( XXXX ) -I called to obtain the wire address to send funds. This ti [...]

---

7164159
Date received: 6/25/2023 Consumer's state: GA

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: FHA mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Thereafter, Selene Finance has placed a {$33.00} late fee each month on the account. After speaking with representatives to rectify the issue I received no relief. Selene Finance periodically sent a representative to the property to place a piece of paper on the d [...]

---

7156577
Date received: 6/23/2023 Consumer's state: CA

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Finally, after we had paid total of {$110000.00}, demanded by Selene Finance before XX/XX/XXXX, Selene Finance sent us an updated mortgage statement in XX/XX/XXXX and identified and approved all our 10 missing mortgage payments were all from either Shellpoint or < [...]

---

7132558
Date received: 6/18/2023 Consumer's state: MI

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Credit reporting, credit repair services, or other personal consumer reports
Sub-product: Credit reporting

Issue
Incorrect information on your report
Sub-issue: Account information incorrect

Consumer Complaint Narrative
Selene finance is reporting a balance of $ XXXX in default I want this debt removed from my report. We have been divorced since XX/XX/2015. I live in Michigan and the home at XXXX XXXX XXXX in XXXX XXXX remains occupied by XXXX XXXX

---

7022033
Date received: 5/25/2023 Consumer's state: TX

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
My mortgage payments with Selene Finance increased from $ XXXX to $ XXXX after the XXXX Escrow analysis. I requested Selene Finance to detail the Escrow analysis and explain where all my payments went during XXXX. They never answered, so I reached out to CFPB to h [...]

---

7017373
Date received: 5/23/2023 Consumer's state: FL

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Repeated telephone calls to Selene Finance have fallen on XXXX XXXX. Not only has the {$20000.00} payment not been properly credited, it has not been returned.

---

7016919
Date received: 5/23/2023 Consumer's state: CA

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
According to Selene Finance I did not pay my XX/XX/2023 mortgage payment. That is simply not true. I used the the phone system to make XXXX payment but it was not picked up by your in-house system. At any rate, it's updated now. HOWEVER, Selene Finance didn't bo [...]

---

6989497
Date received: 5/17/2023 Consumer's state: CA

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
They sold my loan to Selene Finance in XX/XX/XXXX and I made my old regular payments to Selene Finance from XX/XX/XXXX. I found that the trial payments from XXXX - XX/XX/XXXX ( {$2000.00} x XXXX ) and XXXX XXXX XXXX ( {$2000.00} x XXXX ), plus a payment of {$2700. [...]

---

6970252
Date received: 5/12/2023 Consumer's state: NY

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
My previous mortgage company XXXX XXXX sold the account to Selene Mortgage in XX/XX/2022. On XXXX22 I received a bill from Selene Finance indicating Corporate Advance Fee Breakdown for transaction date XXXX22- {$75.00} ( Prior Servicer Corporate Advance Fee ) and XXXX22 - [...]

---

6965525
Date received: 5/11/2023 Consumer's state: NY

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Selene finance did not send any documents stating change in loan modification or give me information about new recast Nys haf is looking into where they applied funds and a lawyer is looking in predatory lending practices By trying to put in place a loan modification instead of rec [...]

---

6839968
Date received: 4/14/2023 Consumer's state: TX

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
We have a mortgage that is serviced by Selene Finance. There is an escrow account set up with the company that has over {$130000.00}. although the escrow is paid the servicing has not paid the property taxes associated with the agreement with Selene Finance. There [...]

---

6828884
Date received: 4/12/2023 Consumer's state: NJ

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Selene Finance and I have disagreed over the fact that I had a COVID19 extension. They have hidden the fact that that offered and issued a COVID19 extension as they are now stating that an extension never existed. They have not accepted my payments on the mortgage and have began a [...]

---

6813752
Date received: 4/8/2023 Consumer's state: NJ

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Product
Mortgage
Sub-product: FHA mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Selene Finance LP will collect your payments going forward. Your new servicer will start accepting payments received from you on XX/XX/2022.

---

6799400
Date received: 4/5/2023 Consumer's state: NY

Company name

Product

Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Credit reporting, credit repair services, or other personal consumer reports
Sub-product: Credit reporting

Issue
Incorrect information on your report
Sub-issue: Old information reappears or never goes away

Consumer Complaint Narrative
Selene Finance LP continues to put negative information on my credit report for a property on a mortgage that was foreclose in 2011, this has come to light now that I am trying to purchase a new home in my credit report, further more they have sent me a 1099 - C that now is causing [...]

---

6773427

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 3/30/2023 Consumer's state: MD

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
DETAILS After making numerous calls to " Selene Finance '' and speaking to different " Representatives '' in XXXX and XX/XX/XXXX regarding paying my " Escrow '' in advance for the entire XXXX calendar year and being informed of the necessary steps to take, I moved forward on XX/XX/ [...]

---

6754710

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 3/27/2023 Consumer's state: NY

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
I received a letter today from selene finance via certied mail threating to foreclosure on the property via certiied mail. My property is my primary residence for myself and the family. The Market value of the property by county is about XXXX and mortgage balance is about XXXX. I [...]

---

6719237

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 3/19/2023 Consumer's state: GA

Product
Mortgage
Sub-product: Home equity loan or line of credit (HELOC)

Issue
Trouble during payment process

Consumer Complaint Narrative
My mortgage was with XXXX XXXX XXXXXXXX and was sold to Selene finance. My terms and payments were not supposed to be changed. The only thing that Selene said was changing was the payment address. My mortgage with XXXX XXXX XXXXXXXX was {$900.00}. At one point XXXX said th [...]

---

6663618

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 3/9/2023 Consumer's state: VA

Product
Mortgage
Sub-product: Home equity loan or line of credit (HELOC)

Issue
Trouble during payment process

Consumer Complaint Narrative
Also, I just called my loan servicer, Selene Finance LP and learned that my house will be sold on XX/XX/XXXX. This is happening without me being notified at by any correspondence whatsoever ( meaning they never sent me a letter in the mail concerning this ). Selene Fin [...]

---

6606332

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 2/24/2023 Consumer's state: FL

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Today, XX/XX/2023, received a letter from Selene Finance. Letter explained we have not received your Forbearance payment this month. Immediately I called Selene Finance spoke to a representative, please see documents attached with my letter dated today to Sel [...]

---

6564058

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 2/14/2023 Consumer's state: TX

Product
Credit reporting, credit repair services, or other personal consumer reports
Sub-product: Credit reporting

Issue
Incorrect information on your report
Sub-issue: Account status incorrect

Consumer Complaint Narrative
It showed that Selene Finance reported the deceased status. I contacted XXXX approximately XX/XX/XXXX and was told they corrected the issue- the next day my report on. XXXX was reinstated. XX/XX/XXXX my status was again deceased via XXXX. XX/XX/XXXX all XXXX bureaus list me as de [...]

---

6565080

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 2/13/2023 Consumer's state: OK

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
We paid it to Selene Finance at the emd of XX/XX/. We had a receipt for that amount. We recently got our mortgage statement in the mail, and tacked on to our regular mortgage payment was an extertainius fee for {$2600.00}. I called them and asked what was going on, because that sho [...]

---

6478628

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 1/25/2023 Consumer's state: AZ

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
We were both on the phone with Selene Finance for 2 hours and they still do not know what happened to the check that was sent out. XXXX advised them to reissue and wire the funds otherwise if payment isn't made by XX/XX/XXXX a lien will be applied to my home. I am astounded how [...]

---

6475283

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 1/23/2023 Consumer's state: IN

Product
Mortgage
Sub-product: VA mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
I have had multiple issues with Selene Finance but the following is only a complaint regarding the escrow account. I had to file for XXXX XXXX XXXX XX/XX/XXXX after taking over the property from my ex wife. This XXXX was XXXX the end of XX/XX/XXXX. In XX/XX/XXXX we received an es [...]

---

6425719

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 1/11/2023 Consumer's state: FL

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Without been informed my loan was switched to Selene Finance Mortgage which for them it shows my payment late since I had sent the payment to the original XXXX XXXX. I been paying {$350.00} ( principal {$440.00}, interest {$2500.00}, escrow ( taxes & insurance ) {$800.00} ) monthl [...]

---

6421289

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 1/10/2023 Consumer's state: NV

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
I have a letter from XXXX dating XX/XX/XXXXXXXXX that informs me of the loan service transfer and mentions my loan forbearance agreement was sent to Selenian Finance, the new loan servicer ( see attached ). 6 ) Selene Finance had also no way of looking at the forbearance [...]

---

6391766

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 1/3/2023 Consumer's state: NJ

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
XX/XX/XXXX Consumer financial Protection Bureau This is regarding my mortgage with Selene Finance I logged into my account this morning and i see I have XXXX late fee due with my XX/XX/XXXX payment I called XXXX and they were unable to tell What this is XXXX I already payed a XXX [...]

---

6367144

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 12/27/2022 Consumer's state: TN

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Incorrect information on your report
Sub-issue: Old information reappears or never goes away

Consumer Complaint Narrative
Our loan was transferred to Selene Finance in XXXX of XXXX. In XXXX of XXXX I received a credit alert from XXXX that there was a negative report from Selene Finance. The credit alert shows that Selene Finance reported the account with XXXX in XX/ [...]

---

6352043

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 12/23/2022 Consumer's state: FL

Product
Credit reporting, credit repair services, or other personal consumer reports
Sub-product: Credit reporting

Issue
Incorrect information on your report
Sub-issue: Old information reappears or never goes away

Consumer Complaint Narrative
Once again, I request Selene Finance to remove my name from this loan and to stop reporting under my name.

---

6320857

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 12/14/2022 Consumer's state: FL

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
I have a mortgage in Selene Finance, my account is # XXXX. A part of my monthly payment is an amount intended to be accumulated on escrow account. This means that Selene Finance collects my money so to pay property taxes behalf on me. On XX/XX/XXXX I discovered [...]

---

6207559

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 11/15/2022 Consumer's state: FL

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Re : Selene Finance For over a year on numerous occasions we have requested our payment History and documents from Selene Finance. All promises have been broken and hours on hold to speak with a rep. NO REPLY or help of any kind!! Sent in a payment of {$30000.00 [...]

---

6189671

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 11/10/2022 Consumer's state: OK

Product
Mortgage
Sub-product: Other type of mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
At the same time, online my log-in account with Selene Finance shows that no payment to come out until XXXX which would allow me an extra month to catch up due to me having two recorded payments, instead of this inaccurate promise {$1100.00} was taken very recently XX/XX/2022, from [...]

---

6153444

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 11/1/2022 Consumer's state: TX

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
My Mortgage company, Selene Finance LP, says they issued an Escrow Refund in the amount of ~ {$10000.00} in XX/XX/2022. However, I only received {$5800.00}. Additionally, they are withholding {$2800.00}, as of XX/XX/2022. I am owed almost {$7000.00}.

---

6095107

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 10/17/2022 Consumer's state: CA

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
My Loan was originally with XXXX and was bought by Selene Finance, since then we have had issues with filing paper work, Selene finance claiming we did not have homeowner insurance, ( which we did and have always had ), charging fees for things that were unheard o [...]

---

6088005

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 10/14/2022 Consumer's state: NC

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
XXXX XXXX still transferred the loan to Selene finance at the end of XXXX. Upon knowing this we reached out to Selene finance at the beginning of XXXX Selene would not talk to us until they approve the 3rd party authorization that they received on XX/XX/X [...]

---

6058354

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 10/6/2022 Consumer's state: FL

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
The response from Selene Finance to CFPB is incorrect. My application for loan modification the income section is incorrect. Income reported on my application {$4500.00}, Selene reported income to CFPB {$6700.00}. Errors on Social Security amounts. Rental income I reported [...]

---

6047686

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 10/4/2022 Consumer's state: ME

Product
Credit reporting, credit repair services, or other personal consumer reports
Sub-product: Credit reporting

Issue
Incorrect information on your report
Sub-issue: Account status incorrect

Consumer Complaint Narrative
My XXXX credit report shows Selene Finance with adverse information. In XXXX I was working with XXXX XXXX XXXX to modify my home loan via Court Ordered Mediation here in XXXX XXXX Court. While in mediation, Selene Finance purchased my loan from XXXX. In mediation [...]

---

6036092

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 9/30/2022 Consumer's state: NJ

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Below is what I sent to Selene Finance : On the purchase of my investment property, XXXX XXXX XXXX, XXXX XXXX, NJ XXXX, my loan originated by XXXX closed in XX/XX/XXXX- As you know, Selene Finance purchased the mortgage loan and/or servicing rights from XXXX Mortg [...]

---

6015214

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 9/26/2022 Consumer's state: GA

Product
Credit reporting, credit repair services, or other personal consumer reports
Sub-product: Credit reporting

Issue
Incorrect information on your report
Sub-issue: Information is missing that should be on the report

Consumer Complaint Narrative
Selene Finance is not reporting my mortgage to the credit reporting companies.

---

6013189

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 9/24/2022 Consumer's state: GA

Product
Credit reporting, credit repair services, or other personal consumer reports
Sub-product: Credit reporting

Issue
Incorrect information on your report
Sub-issue: Account information incorrect

Consumer Complaint Narrative
I have a XXXX balance based on the discharge, the Notice of Final Cure, and the Lien Release from Selene Finance. I already filed a complaint with the CFPB. The complaint # is XXXX. Selene acknowledged that I do not owe anything to them. They sent me a letter with the mort [...]

---

6006645

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Date received: 9/22/2022 Consumer's state: FL

Product
Mortgage
Sub-product: FHA mortgage

Issue
Trouble during payment process

consumer
Closed with explanation

Timely response?
Yes

Issue
Trouble during payment process

Consumer Complaint Narrative
Selene Finance failed to make my insuracne payment despite monies for insurance payments being made into escrow account. Upon renewal day for my insurace I recieved a call from insurance company that my policy was being canceled. I had to pay {$10000.00} on the spot to aviod cancel [...]

---

5949617

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 9/5/2022 Consumer's state: CT

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Selene Finance is claiming theyre owed a debt And theyre trying to collect without going through the proper administrative process to validate their claims. I sent them validation correspondence via certified mail number XXXX XXXX XXXX XXXX XXXX on XX/XX/XXXX and havent received an [...]

---

5922498

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 8/27/2022 Consumer's state: NC

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Selene Finance holds our mortgage and as a result the escrow account is totally non transparent and as a result duly on XX/XX/2022 I paid my insurance through XXXX the insurance company notified Selene that the insurance was paid in full I also contacted them on a number o [...]

---

5908056

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 8/23/2022 Consumer's state: GA

Product
Mortgage
Sub-product: FHA mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
My loan was sold to selene financial. I sold the house. I had to pay my property taxes again at closing even though I had already paid it in escrow. I called selene finance and changed my address with them so they could send the refund to the proper place. They would not d [...]

---

5905159

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 8/22/2022 Consumer's state: AL

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
My mortgage was sold to XXXX Mortgage and now to Selene Finance. I received a letter from XXXX in XXXX of XXXX that I owed mortgage payments from XXXX. I sent in proof from my bank that all mortgage payments from that period were paid. XXXX XXXX XXXX sold my mortgage to Selene [...]

---

5904198

Company name
Selene Holdings LLC

Company response to consumer
Closed with explanation

Timely response?
Yes

Date received: 8/22/2022 Consumer's state: FL

Product
Mortgage
Sub-product: Conventional home mortgage

Issue
Trouble during payment process

Consumer Complaint Narrative
Re : Selene Finance Mortgage loan # XXXX I was the primary borrower on a mortgage loan with Selene Finance. The co-borrower on the loan, my mother, passed away before the loan was paid off, she was also a widow. I paid the home off XX/XX/2022. The escrow reimburse [...]



About Us Contact Us Careers Events Industry Whistleblowers CFPB Ombudsman

FOIA
Privacy
Website Privacy Policy & Legal Notices
Data
Open Government
Information Quality Guidelines

Diversity & Inclusion
Administrative Adjudication
Plain Writing
Accessibility
Office of Civil Rights
No FEAR Act & Cummings Act
Tribal

USA.gov
Office of Inspector General

An official website of the United States government

Take a tour